IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Petitioner,           No. CIV S-03-1809 GEB DAD P

    vs.

DAVE GRAZINI, et al.,

    Respondents.        <u>ORDER</u>

_____/

    Petitioner has filed a fifth request for the appointment of counsel. Following a review of the court's file and petitioner's arguments, the court will deny the request for counsel. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).

    Petitioner also filed a motion in opposition to respondents' April 11, 2005 request for an extension of time to file their response to petitioner's third amended petition. On April 15, 2005, the court granted respondents' request. In light of the court's order, petitioner's motion will be denied as moot.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner's April 15, 2005 request for appointment of counsel is denied; and

/////

/////

/////

1

2. Petitioner's motion in opposition to respondents' request for an extension of time to file their response to petitioner's third amended petition is denied as moot.

DATED: April 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb:4
atte1809.110e

2