1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DANNY ATTERBURY,

12          Petitioner,                2:03-cv-1809-GEB-DAD-P

13       vs.

14  DAVE GRAZINI, et al.,

15          Respondents.              ORDER

16  _____/

17          On April 21, 2005, petitioner filed a request for

18  reconsideration of the magistrate judge's order filed April 15,

19  2005, granting respondents an extension of time to file their

20  response to petitioner's third amended petition.  On April 26,

21  2005, petitioner filed a request for reconsideration of the

22  magistrate judge's order filed on April 21, 2005 denying

23  petitioner's motion for the appointment of counsel.  Pursuant to

24  Local Rule 72-303(f), a magistrate judge's orders shall be upheld

25  unless "clearly erroneous or contrary to law."  Upon review of

26  the entire file, the court finds that it does not appear that the

                                    1

magistrate judge's rulings were clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the orders of the magistrate judge filed on April 15, 2005 and April 21, 2005, are affirmed.

Dated:  September 16, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
