IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Petitioner,               No. CIV S-03-1809 GEB DAD P

    vs.

DAVE GRAZINI,

    Respondent.          <u>ORDER</u>

                              /

        Petitioner has requested an extension of time to file his objections to the November 13, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 19, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his objections to the November 13, 2007 findings and recommendations.

DATED: November 26, 2007.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:8
atterbury1809.111